IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DELCASTILLO and<br>LOIS DIANE DELCASTILLO, | ) <br> ) <br> ) | 8:01CV342 |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | ORDER |
| ODYSSEY RESOURCE MANAGEMENT,<br>INC., a Texas corporation, 1st ODYSSEY<br>GROUP, INC., a Texas corporation, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

This matter is before the court on defendants' Verified Bill of Costs, Filing No. 164. This action was reversed in part and remanded from the Eighth Circuit Court of Appeals for further proceedings. Filing No. 161. Accordingly, the Bill of Costs will be denied as premature, without prejudice to its reassertion after remaining issues are resolved.

IT IS ORDERED that defendants' Verified Bill of Costs, Filing No. 164, is denied as premature.

Dated this 23rd day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge